NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**ROTHSCHILD DIGITAL CONFIRMATION, LLC,**
*Plaintiff-Appellant*

**v.**

**COMPANYCAM, INC.,**
*Defendant-Appellee*

2021-1790

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01109-MN, Judge Maryellen Noreika.

**ON MOTION**

PER CURIAM.

## O R D E R

Rothschild Digital Confirmation, LLC moves unopposed to dismiss the above-captioned appeal pursuant to the Fed. R. App. P. 42(b) with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

2                    ROTHSCHILD DIGITAL CONFIRMATION, LLC v.
                                        COMPANYCAM, INC.

The motion is granted.

FOR THE COURT

May 3, 2022                            /s/ Peter R. Marksteiner
    Date                              Peter R. Marksteiner
                                      Clerk of Court

ISSUED AS AMADATE: May 3, 2022.